UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 16-CV-62654-WILLIAMS

BAZUA ENTERPRISES, LLC
d/b/a/ GLOBAL ALLIANCE
ENVIROGREEN BUILDING
SOLUTIONS,

       Plaintiff,
vs.

A&E FACILITY CONCEPTS, INC.,
f/k/a GLOBAL ENVIROGREEN
BUILDING SOLUTIONS, *et al.*,

       Defendants.
_____/

## ORDER

**THIS MATTER** is before the on the Parties' joint notice of settlement (DE 18), which indicates that the Parties have reached a settlement in this matter. Accordingly, it is hereby **ORDERED AND ADJUDGED** that on or before **December 27, 2016**, the Parties shall file a joint stipulation to dismiss. If the Parties wish for the Court to retain jurisdiction, they are advised that they must submit the settlement agreement for review and any stipulation must comply with the Eleventh Circuit's holding in *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012).

**DONE AND ORDERED** in chambers in Miami, Florida, this /9th day of December, 2016.

                                                          KATHLEEN M. WILLIAMS
                                                          UNITED STATES DISTRICT JUDGE